FILED
CLERK, U.S. DISTRICT COURT
JAN 9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Lee G. Anthony<br><br>Defendant. | Case No.: 5:18-cr-146-fmo<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    ( ) the defendant's nonobjection to detention at this time
    ( ) other: _____

|   |       |                                                                                  |
|---|-------|----------------------------------------------------------------------------------|
| 1 |       | and/ or                                                                          |
| 2 | B. (X)| The defendant has not met his/her burden of establishing by clear and            |
| 3 |       | convincing evidence that he/she is not likely to pose a danger to the            |
| 4 |       | safety of any other person or the community if released under 18 U.S.C.          |
| 5 |       | § 3142(b) or (c). This finding is based on the following:                        |
| 6 |       | (X) information in the Pretrial Services Report and Recommendation               |
| 7 |       | (X) information in the violation petition and report(s)                          |
| 8 |       | ( ) the defendant's nonobjection to detention at this time                       |
| 9 |       | ( ) other: _____                               |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 9, 2023

SHERI PYM
United States Magistrate Judge